IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

THE BANK OF NEW YORK MELLON
f/k/a THE BANK OF NEW YORK,
    Plaintiff,                    NO. 2:12-cv-2485-MCE-GGH  PS

    vs.

SYDNEY TERRY,                     ORDER
    Defendant.
_____/

        On October 11, 2012 the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. Objections were filed on October 22, 2012, and a reply was filed on October 30, 2012. These were both considered by the district judge.

        This court reviews de novo those portions of the proposed findings of fact to which objection has been made. 28 U.S.C. § 636(b)(1); McDonnell Douglas Corp. v. Commodore Business Machines, 656 F.2d 1309, 1313 (9th Cir. 1981), cert. denied, 455 U.S. 920 (1982). As to any portion of the proposed findings of fact to which no objection has been made, the court assumes its correctness and decides the motions on the applicable law. See Orand v.

1

1 | United States, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are
2 | reviewed de novo.  See Britt v. Simi Valley Unified School Dist. , 708 F.2d 452, 454 (9th Cir.
3 | 1983).
4 |       The court has reviewed the applicable legal standards and, good cause appearing,
5 | concludes that it is appropriate to adopt the October 11, 2012 Findings and Recommendations in
6 | full.
7 |       Accordingly, IT IS ORDERED that:
8 |       1.  The action be remanded to the Placer County Superior Court;
9 |       2.  The Clerk be directed to serve a certified copy of this order on the Clerk of the
10 | Placer County Superior Court, and reference the state case number (MCV 0054253) in the proof
11 | of service; and
12 |       3.  The Clerk be directed to close this case.

Dated:  December 4, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

GGH/9
Terry2485.jo.opp.wpd

2